TOWN OF CARY v. J. M. TEMPLETON, JR.

(Filed 16 April, 1930.)

**Judgments C c—Consent judgment is solemn contract of parties and may not be set aside in absence of fraud or mutual mistake.**

A consent judgment is the solemn contract of the parties entered of record with the consent of the court, and in the absence of fraud or mutual mistake cannot be set aside without the consent of all, and applies to the authorization of a judicial sale under such judgment.

CIVIL ACTION, before *Lyon, J.,* at January Special Term, 1930, of WAKE.

*Clyde A. Douglass for plaintiff.*
*W. Brantley Womble for defendant.*

PER CURIAM. This proceeding involves the confirmation of a judicial sale. A consent judgment was entered authorizing the sale of property. There is no contention that the sale was not properly conducted in full accordance with said judgment. A consent judgment is the solemn contract of the parties entered upon the records of the court with the sanction and approval thereof. *Ellis v. Ellis,* 193 N. C., 216, 136 S. E., 350; hence, in the absence of fraud or mutual mistake, such a judgment cannot be altered or set aside without the consent of all parties thereto. *Bank v. Mitchell,* 191 N. C., 190, 131 S. E., 656.

The record discloses no error of law warranting a reversal of the judgment, and the same is

Affirmed.